RECEIVED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

2006 JUN 22 A 9: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **AMBERLY JOHNSON,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 3:06 cv 559 -CSC |
| | ) |
| | ) |
| **WAFFLE HOUSE, Inc.,** | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| DEFENDANT. | ) |

## COMPLAINT

COMES NOW the Plaintiff, *AMBERLY JOHNSON*, by and through her attorney Benjamin H. Parr, and allege the following:

1. Plaintiff is an adult over the age of nineteen (19) years of age, and a resident of Lee County, Alabama.

2. Defendant is a Georgia corporation doing business in Lee County, Alabama.

3. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

4. On or about 1 January 2006, Plaintiff was a business invitee on the premises of Defendant's restaurant located at 907 Fox Run Parkway, Opelika, Alabama, for the purpose of purchasing food from Defendant's restaurant.

5. On this occasion, defendant negligently and/or wantonly caused, permitted, allowed, or created a dangerous condition and hazard to exist on these premises in the form of inadequate protection of the restaurant from vehicular traffic. Defendant had actual notice of this condition and negligently and/or wantonly failed to exercise reasonable care to remove this condition.

6. As a proximate result of the Defendant's said negligence and/or wantonness, a vehicle crashed into the restaurant on or about 1 January 2006, causing Plaintiff to sustain

**SCANNED**

BR 6-22-06

personal injury, medical and hospital bills, lost wages, and to suffer physical pain and suffering and mental anguish.

7.   As a proximate result of the Defendant's said negligence and/or wantonness, Plaintiff will continue to suffer physical pain and suffering and mental anguish in the future.

8.   Plaintiff claims punitive damages of the Defendant because of the Defendant's wanton conduct.

9.   Plaintiff demands trial by struck jury.

WHEREFORE, Plaintiffs demand judgment against Defendant in the amount of $350,000 plus costs, interest, and any other relief to which Plaintiff may be entitled and the Court deems just and proper.

Respectfully submitted this the 21st day of June, 2006.

Benjamin H. Parr (PAR-112)
Ingrum, Rice, & Parr, LLC
Attorney for Plaintiff
410 Second Avenue
Opelika, AL 36801
(334) 745-3333

Defendant's Address for Service:
National Registered Agents, Inc.
150 South Perry Street
Montgomery, Alabama 36104