AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Amberly Johnson

V.

Waffle House, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv559 -CSC

TO: (Name and address of Defendant)

Waffle House, Inc.
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin H. Parr
Ingrum, Rice, & Parr, LLC
410 Second Avenue
Opelika, AL 36801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              6/23/06
_____        _____
CLERK                                                            DATE

_____
(By) DEPUTY CLERK