**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Waffle House, Inc.
   c/o National Registered Agents, Inc
   150 S Perry St
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Jim AB.  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
   James S. Belam    6·26·06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   06 CV 559
   STC

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0001 9330 7247

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540