IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv559-CSC |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the FED. R. CIV. P. 26 planning report (doc. # 7) filed by the parties on August 15, 2006, it is

ORDERED that except for the issuance of a subpoena to obtain the settlement agreement and release entered into by the plaintiff and non-parties State Farm Insurance and/or John Alexander Gresham, all discovery, including initial disclosures required by FED. R. CIV. P. 26(a)(1), be and is hereby STAYED pending further order of the court. It is further

ORDERED that any motion for summary judgment and supporting evidentiary materials in support of the motion shall be filed on or before November 6, 2006.

Done this 25th day of September, 2006.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE