IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 3:06CV559-CSC-E |
| WAFFLE HOUSE, INC., | ) |
| Defendant. | ) |

### AFFIDAVIT OF AMBERLY JOHNSON

1. My name is Amberly Johnson.
2. I am the Plaintiff in the above-styled case.
3. I am over the age of nineteen (19) years, and of sound mind.
4. I have personal knowledge of the events contained in this affidavit.
5. On 1 January 2006, I was eating in the Opelika Waffle House, when a car driven by James Gresham crashed through the building causing me to be injured.
6. I subsequently learned that this particular Waffle House had suffered similar incidents on at least two prior occasions, including one in the exact same part of the building.
7. Through my attorney, I negotiated a settlement with State Farm insurance to release Mr. Gresham and State Farm in consideration of $12,500.
8. During my discussions with State Farm through my attorney, I was never informed that releasing Waffle House from liability was required to obtain the settlement.
9. During my discussions with State Farm through my attorney, I was never informed of any property settlement between State Farm and Waffle House.
10. During my discussions with State Farm through my attorney, I was never informed that State Farm mentioned Waffle House at all.
11. It was my intention form the beginning of this matter to file suit against Waffle House.
12. I entered into the settlement with State Farm because I had suffered injuries, missed over two months of work, and needed to settle that part of the case quickly to pay bills caused as a result of the incident at Waffle House.
13. When I executed the release, I understood that I would not be able to pursue claims against State Farm or Mr. Gresham as a result of my injuries.
14. When I executed the release, I had no intention of releasing Waffle House from liability.
15. I understood that since Waffle House was not a party to the release, I would still be able to pursue my claim against Waffle House.

" Exhibit A"

*Amberly Johnson* (signature)
Amberly Johnson

STATE OF ALABAMA )
LEE COUNTY )

I, *Carrie H Gall*, a Notary Public in and for said County and State, hereby certify that Amberly Johnson, whose name is signed to the foregoing Affidavit and who is known to me, who being first duly sworn on oath, acknowledged before me on this day, that being informed of the contents of said Affidavit and swearing that the same are true and accurate to the best of her knowledge, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal of office this __21__ day of __November__, 20 __06__.

(seal)

*Carrie H Gall*
Notary Public
My Commission Expires: __5-18-2009__
"Exhibit A"