**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **AMBERLY JOHNSON,** | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | CV 3:06CV559-CSC-E |
| **WAFFLE HOUSE, INC.,** | ) ) ) |  |
| Defendant. | ) ) |  |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendant Waffle House, Inc., and in accordance with the order of this Court, hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. There are no entities to be reported.

Respectfully submitted,

/s/Michael J. Clemmer
Robert E. Battle (ASB-7807-T67R)
Michael J. Clemmer (ASB-4005-E68M)
Attorneys for Defendant WAFFLE HOUSE, INC.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN**
   **WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: rbattle@bfgwc.com
           mclemmer@bfgwc.com

Case 3:06-cv-00559-CSC   Document 19   Filed 03/02/2007   Page 2 of 2

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court which will send notification of such filing to the following:

Benjamin H. Parr
Ingrum, Rice & Parr, LLC
410 Second Avenue
Opelika, AL 36801

 And, I hereby certify that I have mailed by United States Postal Service the document to the following: **NONE**

            /s/Michael J. Clemmer
            OF COUNSEL