**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **AMBERLY JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CV 3:06CV559-CSC-E** |
| | ) | |
| **WAFFLE HOUSE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR HIPAA PROTECTIVE ORDER**

**COME NOW** Waffle House, Inc. ("Waffle House"), by and through their undersigned counsel, and move the Court pursuant to C.F.R. § 174(e)(1), to enter the proposed Qualified HIPAA Protective Order in the above-styled case, which is attached hereto as **Exhibit "A."**

1. This civil action involves an accident wherein a vehicle allegedly struck Plaintiff at a Waffle House restaurant caused Plaintiff physical injuries.

2. Waffle House intends to seek medical records of the Plaintiff through discovery.

3. Certain of the information disclosed and/or sought as discovery in this matter is, or contains, medical records that may constitute individually identifiable medical information that is "protected health information" as defined in the Health Insurance Portability and Accountability Act of 1996 and its related regulations ("HIPAA"). HIPAA, among other things, directly regulates health care providers as to their uses and disclosures of such information. HIPAA specifically anticipates and authorizes the disclosure of protected health information in the course of a judicial or administrative proceeding in response to an Order by a Court issued pursuant to 45 C.F.R. § 164.512(e)(1).

4. Waffle House respectfully requests that the Court grant this Motion and issue the attached Qualified HIPAA Protective Order in this case. As contemplated under HIPAA, Waffle

House affirms that if the Court enters such an Order, any medical information that has been or will be produced will be used exclusively for the purposes of this litigation and this medical information and documentation will either be returned or destroyed at the end of this litigation. See 45 C.F.R. § 164.512(e).

WHEREFORE, PREMISES CONSIDERED, Waffle House respectfully requests this Court to enter the Qualified HIPAA Protective Order attached hereto pursuant to 45 C.F.R. § 164.512(e)(1).

                Respectfully submitted,

                /s/ Robert E. Battle
                Robert E. Battle (ASB-7807-T67R)
                Attorney for Defendant Waffle House, Inc.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN**
  **WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone:   (205) 397-8160
Fax:   (205) 397-8179
Email:   rbattle@bfgwc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin H. Parr
INGRUM, RICE & PARR, LLC
410 Second Avenue
Opelika, AL 36801

And, I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants: **None**

/s/ Robert E. Battle
OF COUNSEL