IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **AMBERLY JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CV 3:06CV559-CSC-E** |
| | ) | |
| **WAFFLE HOUSE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA") any and all records relating to the past, present, or future medical condition of Amberly Johnson ("Johnson"), until the conclusion of this lawsuit, any and all health care and/or mental health care services or treatment provided to Johnson and/or Johnson's payment for such health care and/or mental health care services or treatment.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the protected health information in response to such request or subpoena. This order is intended to authorize such disclosure under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i)

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected

2

health information was obtained, or to destroy the protected health information (including all copies made)k, immediately upon conclusion of this action.  See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

     DONE and ORDERED this _____ day of _____, 2007.


                                         Charles S. Coody
                                         Chief United States Magistrate Judge