# EXHIBIT 1

**— PRIVATE PROPERTY —**

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

ST-27
EV. 1/91

Shaded Areas To Be Used By Data Processing Only    Sheet 1 of 1 Sheet(s)    Microfilm No. _____    Local Case No. 05-000009
DPS Accident No. _____

## LOCATION AND TIME

- Date: 01/01/2006
- Time: 1126 PM (MT)
- Day of Week: S
- County: 43
- City: OPELIKA
- Highway Classification: P — Private Prop
- Local Zone: 03
- On Street, Road or Highway: 907 FOXRUN PARKWAY
- At Intersection of or Between (Node 1): PARKING LOT OF THE WAFFLE HOUSE
- And (Node 2): NA
- Street or Road Code: 9999
- Node 1 Code: 0
- Node 2 Code: 0
- Prime Contr Circ: 98
- Prime Contr Unit No: 1
- Intersection Related: N — Not Int Related
- Control Access Hwy Loc: 5 — Exit Ramp (N/A circled)
- First Harmful Event: 71
- Event Location: 5
- Distance to Fixed Object: NA FT

Noncollision Event / Collision Event codes listed.

## UNIT 1 - DRIVER

- Driver Full Name: JAMES ALEXANDER GRESHAM
- Street Address: 112 MARTIN AV.
- City and State: OPELIKA, AL
- ZIP: 36804
- Telephone No: (334) 749-0416
- DOB: 02/06/1925
- Race: W
- Sex: M
- DL State: AL
- Driver License No: 2017027
- DL Class: DM
- DL Status: C
- List Restrictions Not Complied With: _____
- CDL Status: N
- List Endorsements Not Complied With: _____
- Residence Less Than 25 Miles: Yes
- Place of Employment: UNEMPLOYED
- Liability Insurance Co: STATE FARM
- Social Security No: _____
- Driver Condition: 1 — No Defect
- Sobriety / Officer's Opinion: Alcohol: No / Drugs: No / Unk
- Type Test Given: 9 — No Test
- Test Results: NA
- Maneuver: 01
- Travel Road Name: PARKING LOT OF THE WAFFLE HOUSE
- Road Code: 9999
- Travel Direction: N-Not on Rd
- Other Contr Circumstance: 97
- Prime Harm Event: 71
- Event Loc: 5

### Vehicle

- Veh Year: 1992
- Make: LINC
- Model: TC
- Body: 4D
- V.I.N.: 1LNLM81WXNY608373
- License Tag Number: HOK37
- State: AL
- Year: 06
- Owner's Name: SAME
- Type: 1 — Auto
- Usage: 1 — Personal
- Hazardous Cargo: 1 — None
- Attachment: 1 — None
- Contributing Defect: 97 — None
- Speed Limit: NA MPH
- Est Speed: 97 MPH
- Citation/Offense Charged: NONE
- Damage Severity: 2 — Not Disabled
- Vehicle Towed Away?: No
- Occupants in Unit: 2
- Vehicle Towed By Whom: NA
- To Where: NA

Circle areas Damaged On Diagram: 10 — Under Carriage (circled: 8, 11, 12, 7, 9, 13, 6, 5, 4)

## UNIT 2 - PEDESTRIAN

- Driver/Pedestrian Full Name: AMBERLY PATRICE JOHNSON
- Street Address: 1809 S. LONG ST.
- City and State: OPELIKA, AL
- ZIP: 36801
- Telephone No: (334) 749-8482
- DOB: 07/01/1985
- Race: B
- Sex: F
- DL State: NA
- Driver License No: NA
- DL Class: N
- DL Status: N
- CDL Status: N
- Residence Less Than 25 Miles: Yes
- Place of Employment: UNEMPLOYED
- Liability Insurance Co: NA
- Driver/Ped Condition: 1 — No Defect
- Sobriety / Officer's Opinion: Alcohol: No / Drugs: No / Unk
- Type Test Given: 9 — No Test
- Test Results: NA
- Maneuver/Action: 98
- Travel Road Name: PARKING LOT OF WAFFLE HOUSE
- Road Code: 9999
- Travel Direction: N-Not on Rd
- Other Contr Circumstance: 97
- Prime Harm Event: 15
- Event Loc: 5

(Vehicle section blank for Unit 2 — pedestrian)

## CODES

Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc code list at bottom of form.

## SEATING

**Unit 1:** 1 | 42 | 24 (grid positions filled)
**Unit 2:** 2 (grid)
Other Involved Safety Equipment Unit 2: 91
Unit 1 Other Involved: 12 - Pedestrian (circled area)
Unit 2 Other Involved: 12 - Pedestrian (circled)

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| AMBERLY PATRICE JOHNSON | 1809 S. LONG ST., OPELIKA AL 36801 | 2 | 12 | C | 20 | F | A | N |

Taken To: EAST ALABAMA MEDICAL CENTER
Taken By: PERSONAL VEHICLE

Second victim: NA

## NARRATIVE AND DIAGRAM

- NA -

**Officer's Opinion of What Happened:** MV1 WAS PARKING FACING NORTH IN THE PARKING LOT OF WAFFLE HOUSE. DRIVER OF MV1 HIT THE GAS INSTEAD OF THE BRAKE, JUMPED THE CURB AND CRASHED INTO THE BUILDING AND STRUCK A CUSTOMER. DRIVER OF MV1 STATED BELIEVES HE HIT THE GAS INSTEAD OF THE BRAKE AND DROVE INTO THE WAFFLE HOUSE. WITNESS KIRK STATED HE SAW MV1 PARKING, THEN JUMP INTO THE AIR CRASHING INTO THE BUILDING.

## ROADWAY ENVIRONMENT

Unit 1: N/A
Unit 2: N/A

## INVESTIGATION

**Light:** 1 - Daylight
**Weather:** 2 - Cloudy
**Locale:** 3 - Shop'g or Business
**Non-Vehicular Property Damage:** 4 - Severe
**Property Damage Description:** EXTERIOR AND INTERIOR DAMAGE TO BUILDING
**Owner Address:** 307 FOXRUN PW., OPELIKA, AL 36[?]

Time Police Notified: 1130 (MT)
Time Police Arrived: 1132 (MT)
Time EMS Arrived: 1133 (MT)
Name of Photographer: SGT. TOMPKINS

**Witness Full Name:** JAMES GROVER KIRK
Address: 5200 HWY 431 N., OPELIKA, AL 36801
Telephone: (334) 705-87[??]

Witness Full Name: NA

**Name of Investigating Officer:** M. PAULSON — Officer ID: 0004 — Agency OR: 8430200
**Other Investigating Officers:** G. JERNIGAN — 0101 — 8430200
C. HARDMAN — 0313 — 0430200

Supervisor Reviewed: ARB 0814

Date: 1/1/2006

01/05/2006 20:34 FAX 3346443412    THOMAS CARLSON → INSURANCE    ☑ 003