# EXHIBIT 2

```
            09-12-2007-1101-55290-Tony Woodham rough.txt
                                                              1
 1               IN THE CIRCUIT COURT OF
 2             [MONTGOMERY] COUNTY, ALABAMA
 3
 4
 5  CIVIL ACTION NO.:   [CV #]
 6
 7  [NAME OF PLAINTIFF],
 8         Plaintiff(s),
 9  vs.
10  [NAME OF DEFENDANT],
11         Defendant(s).
12
13
14
15
16                  DEPOSITION OF
17                   TONY WOODHAM
18                         JOB NO. []
19
20
21  BEFORE:   Victoria M. Castillo
22            Court Reporter and
23            Notary Public

                                                              2
 1               In accordance with Rule 5(d) of
 2  The Alabama Rules of Civil Procedure, as Amended,
 3  effective May 15, 1988, I, Victoria M. Castillo, am
 4  hereby delivering to [ATTORNEY] the original
 5  transcript of the oral testimony taken on the 12th
 6  day of September, 2007, along with exhibits.
```

```
                 09-12-2007-1101-55290-Tony Woodham rough.txt
 7          Please be advised that this is
 8  the same and not retained by the Court Reporter,
 9  nor filed with the Court.
10
11              S T I P U L A T I O N
12
13              IT IS STIPULATED AND AGREED, by
14  and between the parties through their respective
15  counsel, that the deposition of TONY WOODHAM may be
16  taken before Victoria M. Castillo, Commissioner, at
17  [NAME OF LAW FIRM, address] on the 12th day of
18  September, 2007.
19              IT IS FURTHER STIPULATED AND
20  AGREED that the signature to and the reading of the
21  deposition by the witness is waived, the deposition
22  is said to have the same force and effect as if
23  full compliance had been had with all laws and


                                                                3

 1  rules of Court relating to the taking of
 2  depositions.
 3              IT IS FURTHER STIPULATED AND
 4  AGREED that it shall not be necessary for any
 5  objections to be made by counsel to any questions,
 6  except as to form or leading questions, and that
 7  counsel for the parties may make objections and
 8  assign grounds at the time of trial, or at the time
 9  said deposition is offered in evidence, or prior
10  thereto.
11              IT IS FURTHER STIPULATED AND
12  AGREED that notice of filing of the deposition by
13  the Commissioner is waived.
                         Page 2
```

```
                  09-12-2007-1101-55290-Tony Woodham rough.txt
21
22
23
                                                          5
 1              A P P E A R A N C E S
 2  FOR THE PLAINTIFF(S):
 3            []
 4
 5  FOR THE DEFENDANT(S):
 6            []
 7
 8  [ALSO PRESENT:]   []
 9
10
11             **********************
12
13            I, Victoria M. Castillo, a Court
14  Reporter of Montgomery, Alabama, acting as
15  Commissioner, certify that on this date, as
16  provided by the Alabama Rules of Civil Procedure
17  and the foregoing stipulation of counsel, there
18  came before me at the law office of [NAME OF LAW
19  FIRM, address], commencing at [time], TONY WOODHAM,
20  in the above cause, for oral examination, whereupon
21  the following proceedings were had:
22
23             TONY WOODHAM,
                                                          6
 1     being first duly sworn, was examined and
 2             testified as follows:
 3
```

09-12-2007-1101-55290-Tony Woodham rough.txt

11  incident you were the unit manager?
12      A.      Yes, sir.
13      Q.      And again when I say this incident
14  throughout this entire deposition I want to be
15  referring to the incident on January 1st, 2004 all
16  right if I'm talking about some other incident I
17  will specifically identify that were you present at
18  unit 805 on January 1st, 2006 when this incident
19  meaning the car driving through occurred?
20      A.      Yes, sir.
21      Q.      Where were you in the store?
22      A.      At the time I was standing in the
23  office retrieving cash.

                                                        17

1       Q.      Where is that office in Waffle House
2   805?
3       A.      Its located at the end of the
4   customer seating section behind the mirror window.
5       Q.      If I am standing facing the counter
6   inside of the Waffle House would that be on my
7   right or my left?
8       A.      It would be to your right sir.
9       Q.      Did you actually see the car come
10  through the wall?
11      A.      I did sir.
12      Q.      You did okay tell me what you
13  remember about that incident?
14      A.      I remember seeing the car coming
15  across the customer area hitting the low bar and
16  tires spinning smoke blowing in from the tires
17  spinning.