# EXHIBIT 5

09-12-2007-1101-55290-William Dowdell rough.txt

1

1           MR BATTLE:  I am Bob Battle.  I
2    represent the Waffle House in this lawsuit.  They
3    have been sued by Amberly Johnson.  We have
4    subpoenaed William Dowdell, Amberly Johnson's
5    boyfriend -- or potentially former boyfriend at
6    this point -- for his deposition today starting at
7    9 a.m.  It is now 9:40 a.m.
8           We have attempted to contact him and he,
9    to your knowledge, has not returned any calls; is
10   that right, Ben?
11              MR. PARR:  That is correct.
12              MR. BATTLE:  We had also notice
13   his deposition for August 24th 2007 in the
14   afternoon that day following the plaintiff's
15   deposition.  Mr. Dowdell was here the morning of
16   August 24th with Mrs. Johnson and then for some
17   unknown reason decided not to come back for his
18   deposition after lunch.  And we did not him for
19   that deposition because he had agreed to appear is
20   that correct Ben.
21              MR. PARR:  Correct.
22              MR. BATTLE:  And you had talked
23   to him about appearing that day.

2

1               MR. PARR:  Yes.
2               MR. BATTLE:  Which is the actual
3    subpoena that was served on Mr. Dowdell on August
4    27th, 2007 for him to appear for his deposition
5    today given that he didn't appear by agreement on
6    August 24th, 2007.  I'm going to put that in the

Page 1

09-12-2007-1101-55290-William Dowdell rough.txt
21 Waffle House next you know.
22    Q.    Do you think Waffle House has done
23 anything wrong?

                                                              59

1              MR. PARR:  Object to the form.
2    A.    Only thing I can say with the Waffle
3 House is hell they need some kind of blocks or
4 something in front some parking things but at the
5 same time if they had some parking rails in the
6 front and it couldn't have happened you know
7 probably could have had something happen about that
8 but Waffle House really but just didn't have the
9 right parking they would have some parking blocks
10 up or something the car probably wouldn't have made
11 it in you don't think like everybody inside of the
12 Waffle House could get any money off of this case
13 like everybody in there they worth money you know
14 because the big thing I with the case I felt like I
15 wanted to go get some money just being a part of it
16 you know just off of emotional just seeing all this
17 stuff and never thinking it was going to happen
18 like that but since I had her with me you know she
19 consider go ahead and do what she going to do
20 because either way some money can be got out of the
21 situation.
22              MR. PARR:  William, if you think
23 you are entitled to anything you need to get a

                                                              60

1 lawyer whether everybody is Waffle House is
2 entitled to money.
3              THE WITNESS:  The reason why I
                    Page 46

09-12-2007-1101-55290-William Dowdell rough.txt

4  say that before I sit around and really just
5  emphasize and try to help because I was in this
6  same situation I was in the same accident you know.
7     Q.    (Mr. Battle)  How much do you think
8  that Amberly should get from the Waffle House?
9         MR. PARR:  Object to the form.
10    A.    I really can't say I don't know how
11 much it should be worth or nothing I don't want to
12 talk about nobody about how much money they should
13 get or.
14    Q.    You think it should be more or less
15 than state farm paid?
16        MR. PAR:  Object to the form.
17    A.    Less nothing you know basically I
18 don't think she deserve any money to be honest I
19 out of the whole case I don't think work and work
20 into it they probably deserve money you know out of
21 what people are going to try to do for the money
22 but her personally she don't she don't got any
23 problems she got money off of it so but off of just

                                                    61

1  Waffle House not handling they business they should
2  get sued just off of that but as far as Amberly
3  that's over with should be.
4         MR. BATTLE:  Let me take a quick
5  break.
6         MR. PARR:  Sure.
7         MR. BATTLE:  I don't have
8  anything else.  Do you want to ask him anything.
9         MR. PARR:  No.  114.
10