# EXHIBIT 6

09-12-2007-1101-55290-Tom Carlson rough.txt

1

1          IN THE CIRCUIT COURT OF
2         [MONTGOMERY] COUNTY, ALABAMA
3
4
5  CIVIL ACTION NO.:   [CV #]
6
7  [NAME OF PLAINTIFF],
8        Plaintiff(s),
9  vs.
10 [NAME OF DEFENDANT],
11       Defendant(s).
12
13
14
15
16              DEPOSITION OF
17                TOM CARLSON
18                     JOB NO. []
19
20
21 BEFORE:   Victoria M. Castillo
22           Court Reporter and
23           Notary Public

2

1              In accordance with Rule 5(d) of
2  The Alabama Rules of Civil Procedure, as Amended,
3  effective May 15, 1988, I, Victoria M. Castillo, am
4  hereby delivering to [ATTORNEY] the original
5  transcript of the oral testimony taken on the 12th
6  day of September, 2007, along with exhibits.

Page 1

```
                    09-12-2007-1101-55290-Tom Carlson rough.txt
 7                  Please be advised that this is
 8  the same and not retained by the Court Reporter,
 9  nor filed with the Court.
10
11                S T I P U L A T I O N
12
13                  IT IS STIPULATED AND AGREED, by
14  and between the parties through their respective
15  counsel, that the deposition of TOM CARLSON may be
16  taken before Victoria M. Castillo, Commissioner, at
17  [NAME OF LAW FIRM, address] on the 12th day of
18  September, 2007.
19                  IT IS FURTHER STIPULATED AND
20  AGREED that the signature to and the reading of the
21  deposition by the witness is waived, the deposition
22  is said to have the same force and effect as if
23  full compliance had been had with all laws and

                                                              3

 1  rules of Court relating to the taking of
 2  depositions.
 3                  IT IS FURTHER STIPULATED AND
 4  AGREED that it shall not be necessary for any
 5  objections to be made by counsel to any questions,
 6  except as to form or leading questions, and that
 7  counsel for the parties may make objections and
 8  assign grounds at the time of trial, or at the time
 9  said deposition is offered in evidence, or prior
10  thereto.
11                  IT IS FURTHER STIPULATED AND
12  AGREED that notice of filing of the deposition by
13  the Commissioner is waived.
                            Page 2
```

09-12-2007-1101-55290-Tom Carlson rough.txt

21
22
23

5

1           A P P E A R A N C E S
2  FOR THE PLAINTIFF(S):
3            []
4
5  FOR THE DEFENDANT(S):
6            []
7
8  [ALSO PRESENT:]   []
9
10
11           *********************
12
13           I, Victoria M. Castillo, a Court
14  Reporter of Montgomery, Alabama, acting as
15  Commissioner, certify that on this date, as
16  provided by the Alabama Rules of Civil Procedure
17  and the foregoing stipulation of counsel, there
18  came before me at the law office of [NAME OF LAW
19  FIRM, address], commencing at [time], TOM CARLSON,
20  in the above cause, for oral examination, whereupon
21  the following proceedings were had:
22
23           TOM CARLSON,

6

1    being first duly sworn, was examined and
2            testified as follows:
3

09-12-2007-1101-55290-Tom Carlson rough.txt

7   A.   Yes.
8   Q.   (Mr. Parr)  Would you agree that a
9 car driving through your restaurant has the
10 potential to cause injury to your customers?
11   A.   Yes.
12   Q.   What I'm asking and I'm not trying to
13 trick you here what I'm asking is that second
14 incident we talked about a car which was not
15 occupied jumped the curb and hit your building?
16        MR. CLEMMER:  Object to the form.
17   Q.   (Mr. Parr) Is that right?
18   A.   Is say that again.
19   Q.   (Mr. Parr)  Come over the curb and
20 hitting the building?
21   A.   Yes.
22   Q.   What I'm asking you is after that did
23 you have any thoughts that a incident could

                                          39

1 possibly cause injury to your customers?
2        MR. CLEMMER:  Object to the form
3 you can answer.
4   A.   No.
5   Q.   (Mr. Parr) Did you ever think that it
6 might be appropriate for there to be some sort of
7 barrier between the parking lot and the building?
8        MR. CLEMMER:  Is there a
9 timeframe on that or at any time.
10        MR. PARR:  I'm just wondering if
11 he ever thought it might be appropriate but let's
12 say specifically after this second incident.
13   A.   Actually I felt that that was a

09-12-2007-1101-55290-Tom Carlson rough.txt
14  barrier already the parking.
15      Q.      (Mr. Parr) Have you ever seen at some
16  of the other Waffle Houses there are concrete or
17  steel posts or horseshoes between the parking lot
18  and the store?
19              MR. CLEMMER:  I'm going to have
20  to object to the form.
21      A.      I've seen some.
22      Q.      (Mr. Parr) Did you ever have the
23  thought that maybe those might be appropriate at

                                                     40

1   this particular store?
2       A.      No.
3       Q.      When this?
4               MR. PARR:  Can I take about a
5   five-minute break.
6               MR. CLEMMER:  Sure.
7               1037.
8               MR. PARR:  We are back on the
9   record.
10      Q.      (Mr. Parr) Mr. Carlson just a few
11  more questions for you before we took a break we
12  were discussing whether you ever thought there
13  would be any barriers other than what's already
14  there at that Waffle House let me ask you were
15  there ever to your knowledge any meetings
16  discussing safety of the parking lot at this Waffle
17  House?
18      A.      Not that I'm aware of.
19      Q.      Not after the so called second
20  incident where the car actually struck the

Page 31