# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION 3:06CV559-CSC-E |
| | ) |
| | ) |
| WAFFLE HOUSE, Inc., | ) |
| | ) |
|     DEFENDANT. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WANTONNESS CLAIM

COMES NOW the Plaintiff, **AMBERLY JOHNSON**, by and through her attorney Benjamin H. Parr, and responds to the Defendant's Motion for Partial Summary Judgment as follows:

1. Plaintiff moves this Honorable Court to deny Plaintiff's Motion for Summary Judgment for the reasons stated in the brief in support of this response filed concurrently herewith, and based upon the evidence produced as exhibits to the brief.  Plaintiff has presented sufficient evidence, which when viewed in the light most favorable to the Plaintiff, constitutes substantial evidence from which a jury could reasonably determine that the Defendant acted wantonly.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion for Partial Summary Judgment.

Respectfully submitted this the 3rd day of October 2007.


             //s// Benjamin H. Parr
             Benjamin H. Parr (ASB-7490-I37P)
             Attorney for Plaintiff


             Benjamin H. Parr
             Ingrum, Rice, & Parr, LLC
             410 Second Avenue
             Opelika, AL 36801
             (334) 745-3333
             (334) 745-3155


## **CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this day delivered a true and correct copy of the foregoing RESPONSE to the attorney for the Defendant, Hon. Robert Battle, filing with the CM/ECF electronic filing system.


             //s// Benjamin H. Parr
             Benjamin H. Parr
             Attorney at Law
             410 Second Avenue
             Opelika, Alabama 36801
             Telephone Number: (334) 745-3333
             Facsimilie number: (334) 745-3155