"EXHIBIT A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 3:06 CV559-CSC-E |
| WAFFLE HOUSE, INC., | ) |
| Defendant. | ) |

### NOTICE OF TAKING DEPOSITION DUCES TECUM

To:   Hon. Robert E. Battle
      Attorney for Defendant
      505 North 20th Street
      Suite 1150
      Birmingham AL 35203

      Date:       September 12, 2007
      Time:       9:00am CST
      Location:   Office of Hon. Benjamin H. Parr
                  Ingrum, Rice & Parr, LLC
                  410 Second Avenue
                  Opelika AL 36801

    Please take notice that at the date, time and location indicated above, the Plaintiff's Counsel will take the deposition of **WAFFLE HOUSE, INC.,** pursuant to Rule 30 of the Alabama Rules of Civil Procedure, with the areas of inquiry to be concentrated on site design and safety, any previous and similar incidents at any Waffle House Restaurant, and corporate profits; such deposition to be taken upon oral examination before a court reporter, a notary public, or some other officer authorized by law to administer oaths. The Deponents are requested to bring the documents listed in "Exhibit A".

Respectfully Submitted this the 24th day of August 2007.

                                    Benjamin H. Parr   (PAR-112)
                                    Attorney for Plaintiff
                                    410 Second Avenue
                                    Opelika AL 36801
                                    (334) 745-3333
                                    Fax (334) 745-3155

"EXHIBIT A"

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day mailed a true and correct copy of the foregoing NOTICE OF TAKING DEPOSITION to the parties listed below by placing a copy of the same in the United States mail, postage pre-paid and properly addressed on this the 24th day of August 2007.

Benjamin H. Parr  (PAR-112)
Attorney for Plaintiff
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
irp@bellsouth.net

Hon. Robert E. Battle
Attorney for Defendant
505 North 20th Street
Suite 1150
Birmingham AL 35203

"EXHIBIT A"

"Exhibit A"

1. Any records of this incident
2. Any records of previous, similar incidents at any Waffle House Restaurant
3. Any site plans, blueprints, etc. for this Waffle House Restaurant.
4. Any corporate rules, suggestions, plans, etc. regarding design of new restaurants and their parking lots.
5. Any company policies regarding installation of safety barriers between the restaurants and parking lots.
6. Corporate profit statements for the last three (3) years.