IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 3:06CV559-CSC-E |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND A CERTAIN EXPERT DEADLINE

COME NOW Jointly Plaintiff Amberly Johnson and Defendant Waffle House, Inc. and hereby respectfully request the Court to extend Defendant's expert deadline as outlined below. In support of this Motion, the Parties state the following:

1. The Court's scheduling order currently has a deadline for WHI to designate its expert(s) and provide Rule 26(a)(2) reports on or before October 17, 2007.

2. While the parties have been diligent in completing outstanding discovery matters, scheduling difficulties have forced the parties to seek an extension of this deadline.

3. The parties request that the deadline be extended to November 14, 2007. Defendants will make any designated expert(s) available for deposition on or before December 3, 2007.

4. As the discovery cutoff in this matter is set for December 3, 2007, the requested extension will not impact any other deadline and further will not affect the current trial setting of February 4, 2008.

WHEREFORE PREMISES CONSIDERED, the parties jointly request that the Court grant their motion to extend the deadline for WHI to designate its expert(s) and provide Rule 26(a)(2) reports to on or before November 14, 2007.

Respectfully submitted this the 11th day of October, 2007.

               s/Benjamin H. Parr
               Benjamin H. Parr (PAR-112)
               Attorney for the Plaintiff Amberly Johnson

**OF COUNSEL**:

**INGRUM, RICE & PARR, LLC**
410 Second Avenue
Opelika, AL 36801
Telephone: (334) 745-3333

               s/Michael J. Clemmer
               Michael J. Clemmer (ASB-4005-E68M)
               Attorney for Defendant Waffle House, Inc.

**OF COUNSEL**:

**BATTLE FLEENOR GREEN WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Facsimile: (205) 397-8179