IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  3:06cv559-CSC |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the October 11, 2007, joint motion to extend the expert deadline (doc. # 28) filed by the parties.  Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.  The deadline for the defendant to designate its expert(s) shall be extended from October 17, 2007, to November 14, 2007.  The defendant shall make any designated expert(s) available for deposition on or before December 3, 2007.

Done this 12th day of October, 2007.

                                              /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE