**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **AMBERLY JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 3:06CV559-CSC-E |
| | ) |
| **WAFFLE HOUSE, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the Plaintiff and Defendant, by and through their counsel of record, and file this Notice Concerning Settlement Conference and Mediation, and show unto the Court the following:

1. Counsel for the parties conducted good faith settlement negotiations in person on 12 September 2007, and again by telephone on 9 October 2007.
2. The parties have been unable to settle this matter.
3. The parties do not believe mediation will assist in settlement at this time.

Respectfully submitted this the 15th day of October 2007.


 //s// Benjamin H. Parr                        //s// Robert Battle
Benjamin H. Parr (ASB-7490-I37P)        Robert E. Battle (ASB-7807-T67R)
Attorney for Plaintiff                              Attorney for Defendant
Ingrum, Rice, & Parr, LLC                    Battle, Fleenor, Green, Winn & Clemmer
410 Second Avenue                             1150 Financial Center, 505 N. 20th Street
Opelika, AL 36803                                Birmingham, Alabama 35203
(334) 745-3333                                      (205) 397-8160