IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.  3:06cv559-CSC |
| WAFFLE HOUSE, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

On September 18, 2007, the defendant filed a motion for summary judgment on the plaintiff's wantonness claim.  On October 3, 2007, the plaintiff filed a response to the motion.  On October 9, 2007, the plaintiff filed a motion to compel, asserting that her "discovery requests are reasonably calculated to lead to discoverable information regarding the extent of the defendant's knowledge of the possibility of an incident similar to the one at issue in this case, an issue central to Plaintiff's wantonness claim." (Doc. No. 27, p. 2.)  On October 15, 2007, this court granted the defendant's motion for partial summary judgment on the wantonness claim.  (Doc. No. 32.)

Now pending before the court is the October 9, 2007, motion to compel (doc. # 27) filed by the plaintiff.  Upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 16th day of October, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE