IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 3:06CV559-CSC-E |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

## WAFFLE HOUSE, INC.'S UNOPPOSED MOTION TO EXTEND A CERTAIN EXPERT DEADLINE

**COMES NOW** Defendant Waffle House, Inc. and hereby respectfully requests the Court to extend its expert deadline as outlined below. In support of this Motion, the Parties state the following:

1. The deadline for WHI to designate its expert(s) and provide Rule 26(a)(2) reports on or before November 14, 2007.

2. The parties have recently completed the deposition of Plaintiff's expert. As a result, WHI has yet to receive the transcript from that deposition. The transcript is due to arrive within the next few days and it is critical to WHI in preparation of its expert in this case.

3. WHI requests that its expert deadline be extended to November 27, 2007. Defendants will make any designated expert(s) available for deposition on or before December 3, 2007.

4. As the discovery cutoff in this matter is set for December 3, 2007, the requested extension will not impact any other deadline and further will not affect the current trial setting of February 4, 2008.

5. Counsel for WHI has conferred with counsel for the Plaintiff concerning this request and he has no opposition to the requested extension.

**WHEREFORE PREMISES CONSIDERED**, WHI requests that the Court grant its motion to extend the deadline for WHI to designate its expert(s) and provide Rule 26(a)(2) reports to on or before November 27, 2007 and to make any such expert(s) available for deposition on or by December 3, 2007.

Respectfully submitted this the 13th day of November, 2007.

Respectfully submitted,

/s/Michael J. Clemmer
Robert E. Battle (ASB-7807-T67R)
Michael J. Clemmer (ASB-4005-E68M)
Attorneys for Defendant WAFFLE HOUSE, INC.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email:     rbattle@bfgwc.com
           mclemmer@bfgwc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin H. Parr
INGRUM, RICE & PARR, LLC
410 Second Avenue
Opelika, AL 36801

And, I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants: **None**

/s/Michael J. Clemmer
OF COUNSEL