IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv559-CSC |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the November 13, 2007, unopposed motion to extend a certain expert deadline (doc. # 36) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED. The deadline for the defendant to designate its expert(s) shall be extended from November 14, 2007, to November 27, 2007.

Done this 26th day of November, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE