IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **AMBERLY JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CV 3:06CV559-CSC-E |
| **WAFFLE HOUSE, INC.,** | ) |
| **Defendant.** | ) |

## JOINT MOTION TO EXTEND DEALINE FOR COMPLETION OF DISCOVERY

COMES NOW the Plaintiff and Defendant, by and through their counsel of record, and move this Honorable Court to extend the deadline for completion of discovery, and as grounds for such would show unto the Court the following:

1. The parties have depositions of non-parties scheduled for 7 December 2007. These depositions were unable to be scheduled within the current discovery deadline due to scheduling conflicts with the non-party deponents.
2. Allowing additional time will not delay any aspect of the trial.
3. Allowing additional time will not prejudice either party.

WHEREFORE, the parties respectfully request that the Court extend the deadline for completion of discovery until 17 December 2007.

Respectfully submitted this the 28th day of November 2007.

| //s// Benjamin H. Parr | //s// Michael Clemmer |
|---|---|
| Benjamin H. Parr | Michael Clemmer |
| Attorney for Plaintiff | Attorney for Defendant |
| Ingrum, Rice, & Parr, LLC | Battle, Fleenor, Green, Winn & Clemmer |
| 410 Second Avenue | 505 N. 20th St., Ste 1150 |
| Opelika, AL 36803 | Birmingham, Alabama 35203 |
| (334) 745-3333 | |