IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv559-CSC |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the November 28, 2007, joint motion to extend the deadline for completion of discovery. (Doc. No. 38.) Upon consideration of the motion, it is

ORDERED that the parties be and are hereby GRANTED an extension from December 7, 2007, until December 17, 2007, to complete discovery.

Done this 4th day of December, 2007.

                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE