**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **AMBERLY JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CV 3:06CV559-CSC-E |
| | ) |
| **WAFFLE HOUSE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### MOTION TO CONTINUE

**COMES NOW** Defendant Waffle House, Inc. ("WHI") through undersigned counsel and hereby moves the Court for a continuance of the trial of this matter currently set for February 4, 2008. In support of its Motion to Continue, WHI states as follows:

1. The undersigned counsel of record, who has been primarily responsible for handling this case for WHI over the last several months, is expecting the birth of his second child on February 3, 2008.

2. In light of the expected date, the undersigned counsel respectfully requests the Court continue the February 4, 2008 trial setting.

3. At the recent Pretrial Conference in this matter, the Court indicated a willingness to conduct a telephonic scheduling conference to discuss a possible special trial setting of this matter prior to the next trial term in August, 2008.

4. The undersigned counsel has conferred with counsel for the Plaintiff who has no opposition to the requested continuance.

WHEREFORE, PREMISES CONSIDERED, WHI respectfully requests that the Court

continue the present trial setting of February 4, 2008 and conduct a telephone scheduling conference to determine a new trial date.

                                    Respectfully submitted,

                                    /s/Michael J. Clemmer
                                    Robert E. Battle (ASB-7807-T67R)
                                    Michael J. Clemmer (ASB-4005-E68M)
                                    Attorneys for Defendant WAFFLE HOUSE, INC.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email:     rbattle@bfgwc.com
             mclemmer@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin H. Parr
INGRUM, RICE & PARR, LLC
410 Second Avenue
Opelika, AL 36801

And, I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants: **None**

                                    /s/Michael J. Clemmer
                                    OF COUNSEL