IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN _____ DIVISION

AMBERLY JOHNSON _____,  )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CASE NO. 3:06CV559-CSC-E
                                  )
WAFFLE HOUSE, INC. _____, )
                                  )
        Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Amberly Johnson _____, a Plaintiff          in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

NONE _____               _____

_____                    _____

_____                    _____

12/28/2007                                 //s// Benjamin H. Parr
_____                        _____
      Date                                 (Signature)

                                           Benjamin H. Parr
                                           _____
                                           (Counsel's Name)

                                           Amberly Johnson
                                           _____
                                           Counsel for (print names of all parties)
                                           410 Second Avenue
                                           _____
                                           Opelika, Alabama 36801
                                           Address, City, State Zip Code
                                           (334) 745-3333
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u>                    DIVISION

## CERTIFICATE OF SERVICE

I, <u>Benjamin H. Parr</u>                    , do hereby Certify that a true and correct copy
of the foregoing has been furnished by <u>electronic filing in CM/ECF</u>            (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this <u>28th</u>      day of <u>December</u>      20<u>07</u>, to:

Robert Battle

Michael Clemmer

<u>12/28/2007</u>                          <u>//s// Benjamin H. Parr</u>
                Date                                  Signature