IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  3:06cv559-CSC |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to continue trial.  (Doc. No. 43.) Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and that the trial of this case be and is hereby CONTINUED from February 4, 2008, to April 23, 2008 at 10:00 a.m., in Opelika, Alabama.  All deadlines and requirements contained in the scheduling order entered on February 14, 2007 (doc. # 18) and the pretrial order entered on December 18, 2007 (doc. # 41) are adjusted accordingly.

Done this 3rd day of January, 2008.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE