IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  3:06cv559-CSC |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon consideration of the representations of counsel indicating that the parties have settled the case, it is

ORDERED that, on or before April 2, 2008, the parties shall file a joint stipulation of dismissal.

Done this 18th day of March, 2008.


       /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE