IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 3:06CV559-CSC-E |
| WAFFLE HOUSE, INC., | ) ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Amberly Johnson, and Defendant, Waffle House Inc., by and through their undersigned counsel, and hereby stipulate to the dismissal of this action with prejudice, costs taxed as paid.

AGREED to this 31 day of March, 2008:

_____
Michael J. Clemmer (CLE029)
One of the Attorneys for Defendant
Waffle House, Inc.
**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: mclemmer@bfgwc.com

AGREED to this 3rd day of April, 2008:

_____
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff
INGRUM, RICE & PARR, LLC
410 Second Avenue
Opelika, AL 36801
Telephone: (334) 745-3333