IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMBERLY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 3:06CV559-CSC-E |
| | ) |
| WAFFLE HOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal With Prejudice filed by the parties hereto, it is hereby ORDERED AND ADJUDGED that this matter is Dismissed With Prejudice, costs taxed as paid.

DATED this the _____ day of _____, 2008.

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE
JUDGE

cc:
Michael J. Clemmer
Benjamin H. Parr